In the Matter of the Application of Edwin J. Burns and Others, Appellants, Respondents, against Joseph D. McGoldrick, Comptroller of the City of New

York, and Another, Respondents, Appellants.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.